UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kathleen Toepper, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Law Office of Richard Snyder, Bruce Jackman, individually, Richard W. Snyder, individually, and Ben Bridge Jeweler, Inc.,<br><br>Defendant. | Civil No. 17-4190 (JNE/KMM)<br><br>ORDER |

Based on the Stipulation for Dismissal with Prejudice filed by the Plaintiff and Defendant Ben Bridge Jeweler, Inc. [Dkt. No. 45], IT IS ORDERED that this action is DISMISSED WITH PREJUDICE and without costs or disbursements to any party.

Dated: October 3, 2018

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge